..

NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

04-1246

GLEN LEBLANC

VERSUS

MARK POLITZ, ET AL.

**********

APPEAL FROM THE
THIRTY-EIGHTH JUDICIAL DISTRICT COURT
PARISH OF CAMERON, NO. 10-16093
HONORABLE H. WARD FONTENOT, DISTRICT JUDGE
**********

GLENN B. GREMILLION
JUDGE

**********

Court composed of Oswald A. Decuir, Glenn B. Gremillion, and Elizabeth A. Pickett, Judges.

AFFIRMED.

Jennifer Jones Bercier
Jones Law Firm
P. O. Drawer 1550
Cameron, LA 70631
(318) 775-5714
Counsel for Plaintiff/Appellant
    Glen LeBlanc

**A. R. Johnson, IV**
**Plauche, Smith & Nieset**
**P. O. Box 1705**
**Lake Charles, LA 70602**
**(337) 436-0522**
**Counsel for Defendants/Appellees**
**State Farm Mutual Auto Ins. Co.**
**Mark Politz**